## Case No. 9,042a.

### MANNING v. The GRACE FEE.

[Nowhere reported; opinion not now accessible.]